No. 79–1405. KAUFMAN ET AL. v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 79–1413. JACKSTADT v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 79–1419. JONES v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 79–1430. STRAUBE v. EMANUEL LUTHERAN CHARITY BOARD, DBA EMANUEL HOSPITAL. Sup. Ct. Ore. Certiorari denied.

No. 79–1431. FREEMAN v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 79–5431. TSINNIJINNIE v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 79–5805. BERRYMAN ET AL. v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 79–5916. ALEXANDER v. PERINI, CORRECTIONAL SUPERINTENDENT. C. A. 6th Cir. Certiorari denied.

No. 79–5930. BRAY v. OKLAHOMA. Ct. Crim. App. Okla. Certiorari denied.

No. 79–5935. HERRING v. SANDERS ET AL. C. A. 4th Cir. Certiorari denied.

No. 79–5940. TURNER v. MITCHELL, WARDEN. C. A. 4th Cir. Certiorari denied.

No. 79–5941. MEIER v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 79–5943. NICKERSON ET AL. v. OHIO. Sup. Ct. Ohio. Certiorari denied.